IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) CR 6-256-01 |
| BRIAN MCMULLEN, | ) |
| | ) |
| Defendant. | ) |

ORDER

AND NOW, this 15th day of May, 2006,

IT IS HEREBY ORDERED that the sentence imposed on October 12, 2006 in the above captioned cases shall be amended to reflect a **total term of imprisonment of 5 months and a total term of Supervised Release of 1 year to run concurrently to the sentence at CR 6-54.**

In all other respects, the sentence stands as originally imposed.

Donetta W. Ambrose
Chief United States District Judge

cc: All Counsel of Record
US Marshal
US Probation
Bureau of Prison